433 A.2d 135

Obert-Thorn, Appellants v. Fred Betz and Sons, Inc.

Argued September 9, 1980.   Daniel L. Thistle, for appellant; Marjorie C. Lawrence, for appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.

CAVANAUGH, J., concurred in the result.

433 A.2d 135

Ottinger v. Marston Industries, Inc. et al.

Appeal of:  Marston Industries, Inc.

Submitted March 13, 1980.   Jonathan Wheeler, for appellant;  Lawrence G. Metzger, for appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

The order of the lower court is affirmed.